UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

Case No.: 3:25-cv-00924-MMH-PDB

SYLVIA CHIMHINA,
    Plaintiff,

vs.

DELTA AIR LINES, INC., et al,
a Delaware corporation with its principal
place of business in Atlanta, Georgia,
    Defendants.

## MOTION TO SEAL PLAINTIFF'S AO-239 APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

Plaintiff, appearing pro se, respectfully moves this Court to seal her AO-239 Application to Proceed in District Court Without Prepaying Fees or Costs, pursuant to Local Rule 1.11 and the Court's inherent authority to protect sensitive information.

In support, Plaintiff states:

1. The AO-239 Application contains personal financial information, including income, assets, and liabilities, that are not relevant to the merits of the case but are required solely for determining eligibility to proceed in forma pauperis.

2. Public disclosure of this information could result in unwarranted invasion of Plaintiff's privacy and potential misuse of her financial details.

3. Sealing the AO-239 will not prejudice the Defendant or impede the public's understanding of the judicial process, as the substantive pleadings remain publicly available.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order directing the Clerk to file Plaintiff's AO-239 Application under seal.

Respectfully submitted,

_____
Sylvia Chimhina
1906 Promenade Way, Apt 2103
Jacksonville, FL 32207
Pro Se Plaintiff
rusilc@gmail.com
860-834-0520
August 13, 2025