United States District Court
Middle District of Florida
Jacksonville Division

**SYLVIA CHIMHINA,**

    *Plaintiff,*

v.                                                  **NO. 3:25-cv-924-MMH-PDB**

**DELTA AIR LINES, INC.,**

    *Defendant.*

---

## Order

The defendant moves to compel better responses to requests for production, Doc. 25, and answers to interrogatories, Doc. 26. For the reasons stated at today's hearing, *see* Doc. 31, the motions, Docs. 25, 26, are **granted** to the following extent. The objections discussed are withdrawn or overruled.

By **March 27, 2026**, the plaintiff must:

☐     produce a color copy of all of the pages of her passport, including the front and back sides of the cover (<u>request for production 7</u>); and

☐     produce all of her medical and hospital records for the past five years (<u>request for production 14</u>).

By **April 3, 2026**, the plaintiff must:

☐     produce her Federal Income Tax Returns and W-2 Forms for the past five years, including individual and joint tax returns (<u>request for production 1</u>);

☐ produce Federal Income Tax Returns for the past five years filed for any business or corporation in which she has or had an ownership or financial interest (request for production 2);

☐ produce a signed authorization form permitting the United States to release her lifetime earnings and tax information to the defendant (request for production 3);

☐ list the names, business addresses, dates of employment, and rates of pay regarding all employers, including self-employment, for whom she has worked in the past 10 years (interrogatory 2); and

☐ state the nature of any lost income, benefits, or earning capacity claimed as a result of the incident, and the amount and method used in computing the amount (interrogatory 12).

By **April 16, 2026**, the plaintiff must:

☐ list the names and business addresses of all other physicians, medical facilities, or other health care providers by whom or at which she has been examined or treated in the past 10 years, and state as to each the dates of examination or treatment and the condition or injury for which she was examined or treated (interrogatory 16).

By **April 30, 2026**, the plaintiff must:

☐ list each item of expense or damage, other than loss of income or earning capacity, that she claims to have incurred as a result of the incident, providing for each item the date incurred, the name and business address of the person or entity to whom each was paid or is owed, and the goods or services for which each was incurred (interrogatory 11); and

☐ list the names and addresses of all persons who are believed or known by her or her agents to have any knowledge concerning any of the issues in this lawsuit and specify the subject matter about which the witness has knowledge (interrogatory 18; if a name is unknown, she must describe

2

the person in detail; if a person works for the defendant, she need not provide contact information).

**Ordered** in Jacksonville, Florida, on March 24, 2026.

Patricia D. Barksdale
United States Magistrate Judge

c:      Sylvia Chimhina
1906 Promenade Way, Apt. 2103
Jacksonville, FL 32207

3