United States District Court
Middle District of Florida
Jacksonville Division

**SYLVIA CHIMHINA,**

***Plaintiff,***

**v.** **NO. 3:25-cv-924-MMH-PDB**

**DELTA AIR LINES, INC.,**

***Defendant.***

---

# Order

The plaintiff's "emergency" motion for a protective order, Doc. 40, is **denied without prejudice** for two reasons.

First, the motion violates the Local Rules. As previously explained, *see* Doc. 36, Local Rule 1.08 requires the use of certain typography (including a 14-point font in the Times New Roman typeface). Local Rule 3.01(f) requires the inclusion of certain information in a motion for emergency relief:

> If a party moves for emergency or time-sensitive relief, the title of the motion must include "emergency" or "time-sensitive," and the motion must include an introductory paragraph that explains the nature of the exigency and states the day by which a ruling is requested. The unwarranted designation of a motion as an emergency can result in a sanction.

The plaintiff fails to use appropriate typography and fails to include the required introductory paragraph. *See* Doc. 40.

Second, the plaintiff fails to include a copy of the subpoena. Without the subpoena, the court cannot properly evaluate the plaintiff's motion.

Before filing any renewed motion, the parties must confer, in person or by telephone, in a good-faith effort to resolve the dispute.

**Ordered** in Jacksonville, Florida, on May 15, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

c: Sylvia Chimhina
1906 Promenade Way, Apt. 2103
Jacksonville, FL 32207